DARREN LE MONTREE, Esq. (SBN 198715)
dlemontree@londonfischer.com
JULIE VAN WERT, Esq. (SBN 166712)
jvanwert@londonfischer.com
**LONDON FISCHER LLP**
355 S. Grand Ave, Suite 2450
Los Angeles, California 90071
Telephone: (213) 943-1409
Facsimile: (213) 943-1412

*Attorneys for Defendant*
IEC Group, Inc. dba AMERIBEN/IEC GROUP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SAJAHTERA, INC. dba THE BEVERLY HILLS HOTEL, a DELAWARE Corporation,<br><br>Plaintiff,<br><br>v.<br><br>IEC GROUP, INC., dba AMERIBEN/IEC GROUP, an Idaho Corporation, and Does 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00457<br><br>**NOTICE OF ERRATA REGARDING DEFENDANT IEC GROUP, INC.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(b)** |

TO THE CLERK OF COURT, PLAINTIFF, AND ITS COUNSEL OF RECORD:

   PLEASE TAKE NOTICE that on January 18, 2018, Defendant IEC Group, Inc. dba AMERIBEN/IEC GROUP ("Defendant") filed a Notice of Removal

1  which spelled Plaintiff "Sajahtera, Inc." as "Sajahter, Inc." All references
2  to "Sajahter, Inc." are hereby modified to instead refer to: "Sajahtera, Inc."

                                                Respectfully submitted,

Dated: January 19, 2018          LONDON FISCHER LLP

                                   By: **/s/ Darren Le Montree**
                                      Darren Le Montree
                                      Julie Van Wert
                                      *Attorneys for Defendant*
                                      IEC Group, Inc. dba
                                      AMERIBEN/IEC GROUP

**Proof of Service**

*SAJAHTERA, INC. dba THE BEVERLY HILLS HOTEL, a Delaware Corporation,*

*v.*

*IEC GROUP, INC., dba AMERIBEN/IEC GROUP, an Idaho Corporation, and Does 1 through 25, inclusive,*

United States District Court
Central District of California – Western Division
Case No. 2:18-cv-00457

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action. My business address is 2505 McCabe Way, Suite 100, Irvine, California 92614.

On **January 19 2018**, I served the foregoing document entitled:

**NOTICE OF ERRATA REGARDING DEFENDANT IEC GROUP, INC.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(b)**

to the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

[**X**]   **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF System, which sent notification of that filing to the parties as registered.

**Executed on January 19 2018, at Irvine, California.**

[**X**]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| Andrea Rojas | /s/ Andrea Rojas |
|---|---|
| PRINT/TYPE NAME | |

{L0068750.1} 1/19/2018

**Proof of Service**

*SAJAHTERA, INC. dba THE BEVERLY HILLS HOTEL, a Delaware Corporation,*

*v.*

*IEC GROUP, INC., dba AMERIBEN/IEC GROUP, an Idaho Corporation, and Does 1 through 25, inclusive,*

United States District Court
Central District of California – Western Division
Case No.

Peter B. Maretz, Esq.
Adam L. Parry, Esq.
**STOKES WAGNER ALC**
600 West Broadway, Suite 910, San Diego, CA 92101
T: (619) 232-4261
F: (619) 232-4842
E-mails: aparry@stokeswagner.com
pmaretz@stokeswagner.com

*Attorneys for Plaintiffs*
**SAJAHTERA, INC. DBA THE BEVERLY HILLS HOTEL**

{L0068750.1 }